UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FATIMA ISSA,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION NO: |
| v. | : <br> : | |
| LOCKHEED MARTIN CORPORATION,<br>    Defendant | : <br> : <br> : | JUNE 11, 2021 |

## PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Lockheed Martin Corporation ("Defendant") respectfully states:

1. On or about May 28, 2021, an action was commenced against Defendant in the Superior Court for the Judicial District of Fairfield, in the State of Connecticut, entitled <u>Fatima Issa v. Lockheed Martin Corporation</u>, bearing Docket No. FBT-CV21-6106957-S, with the service of a Summons, Complaint, and Statement of Amount in Demand. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Massachusetts.

5. Defendant Lockheed Martin Corporation is incorporated in Maryland, with its headquarters and principal place of business in Bethesda, Maryland.

6. There are no other defendants in this case.

7. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

8. Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on May 28, 2021, and therefore this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of Fairfield, be removed to this Court.

DEFENDANT,
LOCKHEED MARTIN CORPORATION

By: */s/ David C. Salazar-Austin*
David C. Salazar-Austin (ct 25564)
david.salazar-austin@jacksonlewis.com
Kasia M. Preneta (ct 30988)
kasia.preneta@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

## CERTIFICATION OF SERVICE

I hereby certify that on June 11, 2021, a copy of foregoing was served by first class mail, postage prepaid on Plaintiff's counsel of record:

>James V. Sabatini, Esq.
>Sabatini and Associates, LLC
>1 Market Square
>Newington, CT 06111
>jsabatini@sabatinilaw.com

>*/s/ Kasia M. Preneta*
>Kasia M. Preneta